IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **RALPH MOORE** | § | |
| | § | |
| **V.** | § | C. A. C-04-302 |
| | § | |
| **EILEEN KENNEDY, ET AL.** | § | |

## ORDER STRIKING PLEADING

On September 7, 2005, plaintiff filed a Motion Requesting Appointment of Counsel on Appeal (D.E. 41). The motion is not in compliance with the Local Rules for the Southern District of Texas because those rules require that all pleadings submitted for filing must be signed by, or by permission of the attorney-in-charge, or by the party if appearing pro se. LR11.3. Accordingly, the Clerk is ordered to strike the motion (D.E. 41) from the record.

Leave to refile pleading in proper form, with an original signature, within 10 days from the date of this order is granted.

ORDERED this 8th day of September, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE